**Order filed November 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00716-CV
_____

**MOHAMMED ZAHIRRUDIN, Appellant**

**V.**

**RS 6600 SW FWY, LP, Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-71889**

## ORDER

On October 30, 2012, appellee filed an "Agreed Motion to Dismiss Appeal." The motion, however, is signed only by appellee's attorney, not by appellant. We therefore order the parties, within 10 days of the date of this order, to file a motion in compliance with the Fourteenth Court of Appeals Local Rule 4(f) ("If [an e-filed] document requires the signature of an opposing party, the e-filer must e-file the document as a scanned image containing the opposing party's signature.").

PER CURIAM

Panel consists of Justices Boyce, McCally, and Mirabal.